# Transfer of Jurisdiction

| | |
|---|---|
| Case Number (Trans. Court) | 3:92-CR-494-G(01) |
| Case Number (Rec. Court) | 3:13-00191-01 |

| Name Of Probationer/Supervised Releasee | District | Division |
|---|---|---|
| Todd William Gay | Northern District of Texas | Dallas |
| | Name of Sentencing Judge<br>Senior U.S. District Judge A. Joe Fish | |
| | Dates Of Probation/Supervised Release — From: September 28, 2012 — To: September 27, 2017 | |

**Offense**
Count 1: Conspiracy to Commit Bank Robbery, 18 U.S.C. §371; Count 2: Bank Robbery and Aiding & Abetting, 18 U.S.C. § 2113(a) and (d) & 2; Count 3: Bank Robbery and Aiding & Abetting, 18 U.S.C. § 2113 (a) and (d) & 2; Count 4: Carrying a Firearm During Crime of Violence, 18 U.S.C. § 924(c)(1) & 2; Count 6: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) & 924(a)(2); and Count 7: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(a) & 924(a)(2).

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Northern District of Texas**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the Middle District of Tennessee, Columbia Division Division, upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court*

Date: Feb. 4, 2013

Senior U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Middle District of Tennessee, Columbia Division Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date: 10-8-13

U.S. District Judge