PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Todd William Gay    Case Number: 3:13-00191-01

Name of Judicial Officer: The Honorable A. Joe Fish, U.S. District Judge, Northern District of Texas; transfer of jurisdiction on October 8, 2013, to The Honorable Kevin H. Sharp, U. S. District Judge

Date of Original Sentence: May 18, 1993

Original Offense: Count 1: 18 U.S.C. § 371, Conspiracy to Commit Bank Robbery; Counts 2-3: 18 U.S.C. §§ 2113(a) and (d) and (2), Bank Robbery and Aiding and Abetting; Count 4: 18 U.S.C. §§ 924(c)(1) and (2), Carrying a Firearm During a Crime of Violence; Counts 6-7: 18 U.S.C. § 922(g)(1) and (a)(2), Felon in Possession of a Firearm

Original Sentence: Total term of 170 months' custody followed by 5 years' supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: September 28, 2012

Assistant U.S. Attorney: To be determined    Defense Attorney: George Harmon Targley

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 6th day of August, 2014, and made a part of the records in the above case.

U. S. District Judge
Kevin H. Sharp

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

U.S. Probation Officer
Jon R. Hahn

Place    Columbia, Tennessee

Date    August 6, 2014

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.  Nature of Noncompliance

1.  **Shall not leave the judicial district without permission of the court or probation officer:**
    On August 1, 2014, Todd William Gay was involved in a traffic accident in Savannah, Georgia. Mr. Gay did not request permission to travel.

**Compliance with Supervision Conditions and Prior Interventions:**

This officer spoke with Mr. Gay who stated his wife needed to meet a client in Savannah, Georgia, and she thought it would be nice to get away for a couple of days. Mr. Gay could not give an excuse as to why he did not request permission prior to his travel. Mr. Gay was reprimanded.

Mr. Gay is currently employed and resides with his family.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Gay be continued on supervised release.

The U. S. Attorney's Office has been advised of the offender's noncompliance.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer